ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Non-Debtor Defendants
ROBERT MILLER, individually and as trustee,
ALEXIS MILLER, RAD URBAN, LLC and
63 REALTY HOLDINGS, LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>RANDALL DAVID MILLER,<br><br>Debtor. | Case No. 4:26-bk-40698<br><br>Chapter 7 |
| SANDSTONE GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>RANDALL MILLER, an individual; RAD URBAN INC., a Delaware corporation; ROBERT MILLER, individually and in his capacity as trustee of the 63 Holdings Trust; 63 REALTY HOLDINGS, LLC, a Wyoming limited liability company; ALEXIS MILLER, an individual; R2 BUILDING, LLC, a Delaware limited liability company; R2 BUILDING INC., a Delaware corporation; MICHAEL G. KASOLAS, only in his capacity as Chapter 7 Trustee; and DOES 1-20, inclusive,<br>Defendants. | Adv. No. 4:26-ap-04037<br><br>**PROOF OF SERVICE**<br><br>[FED. R. BANKR. P. 7012 and FED. R. CIV. P. 12(b)(6)]<br><br>**Hearing:**<br>Date: November 18, 2026<br>Time: 10:30 a.m. PST<br>Place: United States Bankruptcy Court<br>Courtroom 220<br>1300 Clay Street<br>Oakland, California 94612 |


Case: 26-04037 Doc# 14-2 Filed: 09/14/26 Entered: 09/14/26 19:06:54 Page 1 of 3

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER LLP, 1000 Wilshire Blvd., Suite 1500, Los Angeles, California 90017-1734.

On the date set forth below, I served the foregoing document described as:

**1) MOTION OF DEBTOR DEFENDANT TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY UNDER 11 U.S.C. §§ 523(a)(2) AND (a)(6), FRAUDULENT TRANSFERS, AND STATE LAW CLAIMS;**

**2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY UNDER 11 U.S.C. §§ 523(a)(2) AND (a)(6), FRAUDULENT TRANSFERS, AND STATE LAW CLAIMS;**

**3) NOTICE OF MOTION OF DEBTOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY UNDER 11 U.S.C. §§ 523(a)(2) AND (a)(6), FRAUDULENT TRANSFERS, AND STATE LAW CLAIMS; and**

**4) PROOF OF SERVICE**

on the parties shown below as follows:

☑ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**: The foregoing document(s) will be served by the court via email and hyperlink to the document. On **September 14, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed below are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated below.

- **Cheryl A. Cauley** cheryl.cauley@bakerbotts.com, katie.finn@bakerbotts.com
- **Karan Singh Dhadialla** karan.dhadialla@bakerbotts.com, katie.finn@bakerbotts.com
- **Diego Benjamin Flores** dflores@sflaw.com

- **Ivo Keller** ikeller@sflaw.com, calendar@sflaw.com
- **Anthony Napolitano** anapolitano@buchalter.com, marias@buchalter.com

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown below is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Los Angeles, California on **September 14, 2026**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

**Manual Notice Parties:**

R2 Building Inc.
2151 Salvio Street, Suite A2 #308
Concord, CA 94520

R2 Building, LLC
335 3rd Street
Oakland, CA 94607

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **September 14, 2026**, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **September 14, 2026**, at Los Angeles, California.

Elizabeth Hernandez

/s/ Elizabeth Hernandez
(Signature)



Case: 26-04037 Doc# 14-2 Filed: 09/14/26 Entered: 09/14/26 19:06:54 Page 3 of 3