SHARTSIS FRIESE LLP
IVO KELLER (Bar #245909)
DIEGO B. FLORES (Bar #324603)
425 Market Street, Eleventh Floor
San Francisco, CA 94105-2496
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ikeller@sflaw.com
Email: dflores@sflaw.com

BAKER BOTTS L.L.P.
CHERYL A. CAULEY (Bar #252262)
1001 Page Mill Road, Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: cheryl.cauley@bakerbotts.com

BAKER BOTTS L.L.P.
KARAN SINGH DHADIALLA (Bar #296313)
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: karan.dhadialla@bakerbotts.com

Attorneys for Plaintiff
SANDSTONE GROUP, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>RANDALL DAVID MILLER,<br><br>Debtor. | Case No. 26-40698 WJL<br><br>Chapter 7<br><br>Adv. Proc. No. 26−04037<br><br>**DECLARATION OF KARAN SINGH DHADIALLA IN SUPPORT OF PLAINTIFF SANDSTONE GROUP, LLC'S OPPOSITION TO DEFENDANT R2 BUILDING, LLC'S MOTION TO DISMISS SANDSTONE'S CLAIMS AGAINST R2 BUILDING, LLC** |
| SANDSTONE GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v. | Hearing date: October 21, 2026<br>Time: 10:30 a.m. |

RANDALL MILLER, an individual; RAD URBAN INC., a Delaware corporation; ROBERT MILLER, individually and in his capacity as trustee of the 63 Holdings Trust; 63 REALTY HOLDINGS, LLC, a Wyoming limited liability company; ALEXIS MILLER, an individual; R2 BUILDING, LLC, a Delaware limited liability company; R2 BUILDING, INC.; and DOES 1-20, inclusive,

Defendants.

**DECLARATION OF KARAN SINGH DHADIALLA**

I, Karan Singh Dhadialla, declare as follows:

1. I am an attorney at law, licensed to practice in the state of California. I am an attorney with the law firm of Baker Botts L.L.P. and am one of the attorneys representing Plaintiff Sandstone Group, LLC ("Plaintiff") in the above-captioned action. All of the information set forth herein is based on my personal knowledge.

2. I make this declaration in support of Plaintiff's Opposition to Defendant R2 Building, LLC's Motion to Dismiss Plaintiff's Claims Against R2 Building, LLC.

3. A true and correct copy of the Statement of Information for R2 Building, LLC that was filed with the California Secretary of State on March 26, 2025, and currently available through the Secretary of State website, is attached hereto as **Exhibit A**. I accessed this copy of the Statement of Information from the California Secretary of State website on October 6, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 7th day of October 2026, in Irvine, CA.

*/s/ Karan Singh Dhadialla*
Karan Singh Dhadialla


Case: 26-04037 Doc# 22-1 Filed: 10/07/26 Entered: 10/07/26 18:05:50 Page 3 of 3