# EXHIBIT A

BA20250622216

B3554-5051 03/26/2025 2:00 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250622216
Date Filed: 3/26/2025

Entity Details

| | |
|---|---|
| Limited Liability Company Name | R2 BUILDING, LLC |
| Entity No. | 202111710531 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 490 43RD ST #118<br>OAKLAND, CA 94609 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 490 43RD ST #118<br>OAKLAND, CA 94609 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 490 43RD ST #118<br>OAKLAND, CA 94609 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Randall Miller | 490 43rd St #118<br>Oakland, CA 94609 |

Agent for Service of Process

| | |
|---|---|
| Agent Name | RANDALL MILLER |
| Agent Address | 490 43RD ST #118<br>OAKLAND, CA 94609 |

Type of Business

| | |
|---|---|
| Type of Business | REAL ESTATE |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Randall Miller | 490 43rd St #118<br>Oakland, CA 94609 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Randall David Miller* | *03/26/2025* |
| Signature | Date |

B3554-5052 03/26/2025 2:00 PM Received by California Secretary of State