**HOLLAND & KNIGHT LLP**
Robert J. Labate (SBN 313847)
Email: robert.labate@hklaw.com
Sarah A. Marsey (SBN 297911)
Email: sarah.marsey@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: (415) 743-6900
Fax: (415) 743-6910

Andrew M. Cummings (SBN 305081)
Email: andrew.cummings@hklaw.com
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: 949-833-8550
Facsimile: 949-833-8540

*Attorneys for Defendant R2 Building, LLC*



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>Randall David Miller<br><br>Debtor. | Lead Case No.: 4:26bk40698<br><br>Chapter 7<br><br>Adv. No.: 26-04037<br><br>**PROOF OF SERVICE**<br><br>Hearing date: October 21, 2026<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 220<br>1300 Clay Street<br>Oakland, CA 94612 |
| SANDSTONE GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs. | |

RANDALL MILLER, an individual; RAD URBAN INC., a Delaware corporation; ROBERT MILLER, individually and in his capacity as trustee of the 63 Holdings Trust; 63 REALTY HOLDINGS, LLC, a Wyoming limited liability company; ALEXIS MILLER, an individual; R2 BUILDING, LLC, a Delaware limited liability company; R2 BUILDING INC., a Delaware corporation; MICHAEL G. KASOLAS, only in his capacity as Chapter 7 Trustee; and DOES 1-20, inclusive,

Defendants.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4675 MacArthur Court, Suite 900, Newport Beach, CA 92660. On September 14, 2026, I served the document(s) entitled:

- **REPLY IN SUPPORT OF MOTION TO DISMISS**

**BY USPS (First Class Mail)**: By placing a true copy thereof enclosed in a sealed envelope with prepaid postage addressed to the addressees listed below within one (1) business day of this filing:

United States Bankruptcy Court
Oakland Division
1300 Clay Street, Suite 300
Oakland, CA 94612

**BY NOTICE OF ELECTRONIC FILING**: I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities to the parties and/or counsel who are registered ECF users. (i.e., ALL CM / ECF REGISTRANTS.)

Executed on October 14, 2026, at Newport Beach, California. I declare under penaltyg of perjury that the above statements are true and correct.

*/s/ Andrew M. Cummings*

Andrew M. Cummings

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910



Case: 26-04037 Doc# 23-1 Filed: 10/14/26 Entered: 10/14/26 18:44:14 Page 3 of 3